FILED
NOV 16 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:06CR260-WKW |
| v. ) | |
| ) | [18 USC 922(g)(1)] |
| CHRISTOPHER ANTONIO WASHINGTON ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 5th day of November, 2006, in Montgomery, Alabama, within the Middle District of Alabama,

CHRISTOPHER ANTONIO WASHINGTON,

defendant herein, having been convicted of Receiving Stolen Property 1st degree and Possession of a Controlled Substance and Possession of Marijuana 1st degree, felonies punishable with a term exceeding one year, thereafter did knowingly possess in and affecting commerce, an AK-47 rifle in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about the 6th day of November, 2006, in Montgomery, Alabama, within the Middle District of Alabama,

CHRISTOPHER ANTONIO WASHINGTON,

defendant herein, having been convicted of Receiving Stolen Property 1st degree and Possession of a Controlled Substance and Possession of Marijuana 1st degree, felonies punishable with a term exceeding one year, thereafter did knowingly possess in and affecting commerce, a box of .45 caliber ammunition in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*Janice Dawn Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
Kent B. Brunson
Assistant United States Attorney

2