COURTROOM DEPUTY MINUTES            DATE: DECEMBER 27, 2006
MIDDLE DISTRICT OF ALABAMA
                                    DIGITAL RECORDING: 11:11 - 11:17

| | |
|---|---|
| √ | INITIAL APPEARANCE |
| ☐ | DETENTION HEARING |
| ☐ | REMOVAL HEARING (Rule 5) |
| √ | ARRAIGNMENT |
| ☐ | ARRAIGNMENT on SUPERSEDING INDICTMENT |
| ☐ | PRELIMINARY EXAMINATION |

PRESIDING MAG. JUDGE **CHARLES S. COODY**        DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06CR-260-WKW-CSC**                  DEFT. NAME: **CHRISTOPHER A. WASHINGTON**
USA: ~~KENT BRUNSON~~ *Andrew Schiff*             ATTY: *Jennifer Hart*

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO;

USPTSO/USPO: _____

Defendant _____ does  √  does NOT need an interpreter; NAME: _____

| | | |
|---|---|---|
| ☐ Kars. | Date of Arrest _____ or | ☐ Rule 5 Arrest |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator | |
| √ finaff. | Financial Affidavit executed  ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel. | |
| √ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| ☐ 20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG** ☐ held; ☐ Set for _____ ; ☐ **Prelim. Hrg** Set for _____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR). ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered | |
| ☐ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ krmvhrg. | Identity/Removal Hearing ☐ set for _____ ; ☐ **WAIVER** of Rule 5 & 5.1 Hearings | |
| ☐ kwvprl. | Waiver of Preliminary hearing; | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. | |
| √ Karr. | ARRAIGNMENT SET FOR: _____  √ HELD. Plea of **NOT GUILTY** entered. √ Trial Term 4/23/07 ☐ PRETRIAL CONFERENCE DATE: _____ √ DISCOVERY DISCLOSURES DATE: 1/27/06 | |