IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-cr-260-WKW** |
| | ) | |
| **CHRISTOPHER WASHINGTON** | ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, Christopher Washington, in the above-styled case.

Dated this 5th day of January, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:06-cr-260-WKW** |
| | ) | |
| **CHRISTOPHER WASHINGTON** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                        Respectfully submitted,

                        s/ Donnie W. Bethel
                        DONNIE W. BETHEL
                        Assistant Federal Defender
                        201 Monroe Street, Suite 407
                        Montgomery, Alabama 36104
                        Phone: (334) 834-2099
                        Fax: (334) 834-0353
                        E-mail:don_bethel@fd.org
                        IN Bar Code: 14773-49