IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.   ) | CR NO. 2:06CR-260-WKW |
| ) | |
| CHRISTOPHER A. WASHINGTON ) | |

## **ORDER**

For good cause, it is

**ORDERED** that the pretrial conference previously set for February 16, 2007 be and is hereby **RESET** for **February 20, 2007 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 8th day of January, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE