**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 2:06-cr-260-WKW** |
| ) | |
| **CHRISTOPHER WASHINGTON** ) | |

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** undersigned counsel, Donnie W. Bethel, and moves to withdraw as counsel for defendant on the following ground:

1.  On January 5, 2006, undersigned counsel discovered that a conflict exists between attorney and client which requires counsel to withdraw from further representation of Mr. Washington.

2.  Undersigned counsel requests that on behalf of Mr. Washington that CJA panel attorney Richard "Cracker" Waldrep be appointed to represent him in all further proceedings in this case. Mr. Washington will not be prejudiced by such a change in counsel at this time.

**WHEREFORE**, based upon the above, undersigned counsel requests that his motion to withdraw as counsel for defendant be granted.

Dated this 10th day of January, 2007.

Respectfully submitted,


s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CASE NO: 2:06-cr-260-WKW** |
| | ) | |
| **CHRISTOPHER WASHINGTON** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49