IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | )   CR. NO. 2:06cr260-WKW |
| | ) |
| CHRISTOPHER WASHINGTON | ) |

**O R D E R**

Now pending before the court is the defendant's motion to allow Attorney Donnie Bethel to withdraw as counsel of record and to appoint Attorney Richard "Cracker" Waldrep to represent the defendant (doc. # 14). Upon consideration of the motion, and for good cause, it is

ORDERED that the defendant's motion to allow Donnie Bethel to withdraw as counsel of record and to appoint Attorney Richard "Cracker" Waldrep as counsel (doc. # 14) be and is hereby GRANTED. It is further

ORDERED that Attorney Richard "Cracker" Waldrep be and is hereby appointed to represent the defendant for all further proceedings. Attorney Waldrep shall file a notice of appearance in this case.

Done this 11th day of January, 2007.

                                          /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE