# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CR. NO. 2:06cr260-WKW |
| | * | |
| CHRISTOPHER WASHINGTON, | * | |

## NOTICE OF APPEARANCE

Comes now the undersigned counsel, Richard (Cracker) Waldrop, and enters his appearance on behalf of Defendant, Christopher Washington, in the above styled case and requests service on behalf of Christopher Washington directed to the undersigned at the address listed below.

I certify that I am admitted to practice in this court.

                s/Richard (Cracker) Waldrop
                RICHARD (CRACKER) WALDROP
                ASB-2398-L57R
                P. O. Box 310027
                Enterprise, AL  36331
                (334) 393-2288
                Fax (334) 393-5559

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Leura G. Canary | Kent B. Brunson |
| United States Attorney | Assistant U.S. Attorney |

                Respectfully submitted,

                /s/Richard (Cracker) Waldrop
                Richard (Cracker) Waldrop
                ASB-2398-L-57R
                P. O. Box 310027
                Enterprise, AL  36331

(334) 393-2288
Fax (334) 393-5559
Email: crackerwaldrop@alaweb.com

Case 2:06-cr-00260-WKW-CSC    Document 17    Filed 01/23/2007    Page 2 of 10

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CR. NO.   2:06cr260-WKW |
| | * | |
| CHRISTOPHER WASHINGTON, | * | |

### NOTICE OF APPEARANCE

Comes now the undersigned counsel, Richard (Cracker) Waldrop, and enters his appearance on behalf of Defendant, Christopher Washington, in the above styled case and requests service on behalf of Christopher Washington directed to the undersigned at the address listed below.

I certify that I am admitted to practice in this court.

                s/Richard (Cracker) Waldrop
                RICHARD (CRACKER) WALDROP
                ASB-2398-L57R
                P. O. Box 310027
                Enterprise, AL  36331
                (334) 393-2288
                Fax (334) 393-5559

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Leura G. Canary | Kent B. Brunson |
| United States Attorney | Assistant U.S. Attorney |

Respectfully submitted this the 23rd day of January, 2007,

                /s/Richard (Cracker) Waldrop
                Richard (Cracker) Waldrop
                ASB-2398-L-57R
                P. O. Box 310027
                Enterprise, AL  36331

(334) 393-2288  
Fax (334) 393-5559  
Email: crackerwaldrop@alaweb.com

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CR. NO.   2:06cr260-WKW |
| | * | |
| CHRISTOPHER WASHINGTON, | * | |

### NOTICE OF APPEARANCE

Comes now the undersigned counsel, Richard (Cracker) Waldrop, and enters his appearance on behalf of Defendant, Christopher Washington, in the above styled case and requests service on behalf of Christopher Washington directed to the undersigned at the address listed below.

I certify that I am admitted to practice in this court.

       s/Richard (Cracker) Waldrop
       RICHARD (CRACKER) WALDROP
       ASB-2398-L57R
       P. O. Box 310027
       Enterprise, AL  36331
       (334) 393-2288
       Fax (334) 393-5559

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Leura G. Canary | Kent B. Brunson |
| United States Attorney | Assistant U.S. Attorney |

Respectfully submitted this the 23rd day of January, 2007,

       /s/Richard (Cracker) Waldrop
       Richard (Cracker) Waldrop
       ASB-2398-L-57R
       P. O. Box 310027
       Enterprise, AL  36331

                              (334) 393-2288  
                              Fax (334) 393-5559  
                              Email: crackerwaldrop@alaweb.com

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CR. NO.  2:06cr260-WKW |
| | * | |
| CHRISTOPHER WASHINGTON, | * | |

**NOTICE OF APPEARANCE**

Comes now the undersigned counsel, Richard (Cracker) Waldrop,  and enters his appearance on behalf of Defendant,  Christopher Washington, in the above styled case and  requests service on behalf of Christopher Washington directed to the undersigned at the address listed below.

I certify that I am admitted to practice in this court.

> s/Richard (Cracker) Waldrop
> RICHARD (CRACKER) WALDROP
> ASB-2398-L57R
> P. O. Box 310027
> Enterprise, AL  36331
> (334) 393-2288
> Fax (334) 393-5559

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

> Leura G. Canary          Kent B. Brunson
> United States Attorney   Assistant U.S. Attorney

Respectfully submitted this the 23rd day of January, 2007,

> /s/Richard (Cracker) Waldrop
> Richard (Cracker) Waldrop
> ASB-2398-L-57R
> P. O. Box 310027
> Enterprise, AL  36331

        (334) 393-2288
        Fax (334) 393-5559
        Email: crackerwaldrop@alaweb.com

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CR. NO.   2:06cr260-WKW |
| | * | |
| CHRISTOPHER WASHINGTON, | * | |

NOTICE OF APPEARANCE

Comes now the undersigned counsel, Richard (Cracker) Waldrop,  and enters his appearance on behalf of Defendant,  Christopher Washington, in the above styled case and  requests service on behalf of Christopher Washington directed to the undersigned at the address listed below.

I certify that I am admitted to practice in this court.

    s/Richard (Cracker) Waldrop
    RICHARD (CRACKER) WALDROP
    ASB-2398-L57R
    P. O. Box 310027
    Enterprise, AL  36331
    (334) 393-2288
    Fax (334) 393-5559

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Leura G. Canary        Kent B. Brunson
    United States Attorney    Assistant U.S. Attorney

Respectfully submitted this the 23rd day of January, 2007,

    /s/Richard (Cracker) Waldrop
    Richard (Cracker) Waldrop
    ASB-2398-L-57R
    P. O. Box 310027
    Enterprise, AL  36331

(334) 393-2288  
Fax (334) 393-5559  
Email: crackerwaldrop@alaweb.com