IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr260-WKW |
| | ) | |
| CHRISTOPHER WASHINGTON | ) | |

## ORDER

Although the defendant is represented by counsel, on January 23, 2007, he mailed to the court a pro se pleading seeking assistance in resolving local charges so that this court can consider his custody. The court does not accept pleadings filed by pro se by a defendant represented by counsel. Accordingly, the Clerk of the Court is DIRECTED to scan the document and attach it to this order, provide a copy to counsel, and return the original pleading to the defendant.

Done this 24th day of January, 2007.

                              /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE

January 22, 2007

To: The Honorable Charles S. Coody
    Chief Magistrate Judge
    United States District Court

From: Christopher Washington
      Inmate Montgomery City Jail

RECEIVED
2007 JAN 23 A 9:32
[ ] R. HACKETT [ ]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Re: C.R. No. 2:06CR260-WKW
    [ 18 USC 922(g)(1) ]

Your Honor,

During the first week of January 2007, I came before you and was arraigned. (case 2:06CR260WKW) It was at this hearing that you told me that once I resolved my County issues, you would address me making bond on my current federal charge.

The problem is that now that I have a federal Hold/ U.S. Marshal Service on me, I can't be released to the county without a court order. My pending charge at the county is a FTA (Failure to Appear) on a traffic ticket. One of my family members has attempted to pay off this ticket in order to resolve the issue and have the County Hold taken off of me, but due to the charge being FTA, I must appear before a Montgomery County District Judge in order to resolve the case.

I am humbly requesting that you allow me to be taken to the Montgomery County Jail in order to resolve

this pending charge so that I may come back before your Honorable Court in order to be considered for bond.

I pray that you will consider my request. Your attention to this matter will greatly be appreciated.

Respectfully, Christopher Washington.