IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CR. NO.  2:06cr260-WKW |
| | * | |
| CHRISTOPHER A. WASHINGTON, | * | |

## MOTION FOR BAIL

The Defendant, Christopher A. Washington, moves this Honorable Court to set a reasonable bond pending the disposition of this case.

In support of this Motion, Defendant states:

(1) That Defendant, Christopher A. Washington, was arrested and charged with possessing a firearm in the affecting commerce, while being a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1), on or about the 9th day of November 2006, in Montgomery County, Alabama.

(2) That the Defendant is a resident of Montgomery County, Alabama and is not able to obtain the funds to meet a large bond.

(3) That this Defendant respectfully requests that a reasonable bond in the amount of Two Thousand and no/100  ($2,000.00) Dollars be set to allow this Defendant to adequately prepare his defense, as well as to insure his presence at all future court appearances.

WHEREFORE, Defendant requests that a reasonable bond in the amount of Two Thousand and no/100 ($2,000.00) be set.

Respectfully submitted this the 2nd day of February, 2007.

            s/Richard (Cracker) Waldrop
            RICHARD (CRACKER) WALDROP
            ASB-2398-L57R
            P. O. Box 310027
            Enterprise, AL  36331
            (334) 393-2288
            Fax (334) 393-5559

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by electronically filing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

  Leura G. Canary      Kent B. Brunson
  United States Attorney    Assistant U.S. Attorney

Respectfully submitted this the 2nd day of February 2007.

            /s/Richard (Cracker) Waldrop
            Richard (Cracker) Waldrop
            ASB-2398-L-57R
            P. O. Box 310027
            Enterprise, AL  36331
            (334) 393-2288
            Fax (334) 393-5559
            Email: crackerwaldrop@alaweb.com