IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:06cr260-WKW |
| ) | |
| CHRISTOPHER WASHINGTON ) | |

**ORDER**

Upon consideration of the defendant's motion for bail (doc. # 19), it is

ORDERED that the motion be and is hereby DENIED. The defendant is in federal custody on a writ to State authorities. If the defendant secures his release from state custody, the court can then consider whether he should be released pursuant to the provisions of the Bail Reform Act.

Done this 5th day of February, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE