IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr260-WKW |
| | ) | |
| CHRISTOPHER A. WASHINGTON | ) | |

## ORDER

For good cause, it is

**ORDERED** that the pretrial conference presently set for **February 20, 2007 at 1:00 p.m.** in Courtroom 4B be and is hereby **MOVED to Courtroom 5B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 15th day of February 2007.

                                            /s/Charles S. Coody
                                            CHARLES S. COODY
                                            CHIEF UNITED STATES MAGISTRATE JUDGE