COURTROOM DEPUTY MINUTES          DATE: FEBRUARY 20, 2007

MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDED: 1:10 - 1:12

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** SUSAN R. WALKER          **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR-260-WKW-CSC          **DEFENDANT NAME:** CHRISTOPHER A. WASHINGTON

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. KENT BRUNSON | ATTY. RICHARD WALDROP |

√ **DISCOVERY STATUS:** Complete.

√ **PENDING MOTION STATUS:** None. Deft's oral request for Extension of time to file M/Suppress

☑ **PLEA STATUS:** possible plea

☑ **TRIAL STATUS:** Will take 1 day to try case.

☑ **REMARKS:** Judge Coody will rule on the M/for extension of time