February 14, 2007

RECEIVED
2007 FEB 16 A 9: 35
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

To: Debra Hackett, Clerk of Court
United States District Court

From: Christopher Washington
Montgomery City Jail

Re: CASE NO: CR. 2:06 CR 260-WKW

Dear Ms Hackett:

    Please accept this letter as my notice to this court that I am requesting a Suppression Hearing in order to suppress the stop, suppress the arrest, and suppress the evidence in my case. Due to the lack of contact with me, by my attorney, I am not aware of any Motions to Suppress being filed by him.
    My concern is that if my Motions to Suppress are not filed prior to the upcoming Pre-Trial Conference, I will not be able to have a Suppression Hearing. Therefore I want this letter to be on the record. If my attorney has already filed Motions to Suppress with the Court, please disregard this letter, but if he has not, please accept this letter on my behalf.

I thank you in advance for your time in this matter. Any consideration in granting my request will greatly be appreciated

Respectfully, Christopher A. Washington