IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr260-WKW-CSC |
| | ) | |
| CHRISTOPHER A. WASHINGTON | ) | |

**ORDER**

Now pending before the court is the defendant's oral motion for an extension of time to file a motion to suppress. Upon consideration of the motion, and for good cause, it is

ORDERED that the oral motion for an extension of time to file a motion to suppress be and is hereby GRANTED. It is further

ORDERED that an evidentiary hearing on the defendant's motion to suppress be and is hereby set for March 8, 2007, at 9:00 a.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama.

If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the hearing.

Done this 21st day of February, 2007.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE