IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06cr260-WKW |
| | ) | |
| CHRISTOPHER WASHINGTON | ) | |

**ORDER**

Although the defendant is represented by counsel, on January 23, 2007, he mailed to the court a pro se letter which was incorrectly docketed as a motion to suppress. (Doc. # 25). First, defendant's counsel previously filed a motion to suppress which is set for an evidentiary hearing. More importantly, however, the court does not accept pleadings filed pro se by a defendant represented by counsel. Accordingly, it is

ORDERED that document 25 docketed as a pro se motion to suppress be and is hereby STRICKEN from the record. The Clerk of the Court is DIRECTED to strike the pleading from the record.

Done this 23rd day of February, 2007.

           /s/Charles S. Coody
           CHARLES S. COODY
           CHIEF UNITED STATES MAGISTRATE JUDGE