IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06CR260-WKW |
| | ) | |
| CHRISTOPHER ANTONIO WASHINGTON | ) | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in response to the Motion to Suppress filed herein, the following is submitted:

1.  On Sunday, November 5, 2006, Montgomery Police Officers were informed the defendant hd shot at someone with an assault rifle and fled the area in a white Chevy pickup. The pickup was spotted and tried to elude pursuing officers. The driver finally fled from the vehicle which was found to contain a loaded SKS assault rifle, two banana clips and fifty three 7.62x39 rifle rounds. The driver avoided arrest that day but Christopher Washington was listed as the suspect.

2.  A warrant check revealed Washington had several misdemeanor warrants outstanding and was a convicted felon.

3.  On November 6, 2006, Montgomery Police received a 911 call that reported Christopher Washington had shot at him and fled in a green Trailblazer. That vehicle was observed and the driver again fled rom the vehicle at 1817 Kansas Street and was positively identified as Christopher Washington. A search of the Trailblazer revealed a box of .45 caliber ammunition on the floorboard on the passenger side.

4.      On November 9, 2006, Montgomery Police Officers observed a green vehicle in front of 1817 Kansas Street and after the vehicle left that address, it was eventually stopped with the driver fleeing back toward Kansas Street.  The subject, Christopher Washington, was taken into custody and transported to police headquarters for questioning.

5.      During questioning, Washington admitted being the subject who ran from police on Sunday with the SKS and also admitted buying the box of ammunition that was found on November 6.

6.      Prior to questioning, Washington was advised of his constitutional rights and executed a rights form (See Exhibit A).

Wherefore, premises considered, the United States submits the Motion to Suppress is due to be denied.

Respectfully submitted this the 2nd day of March, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
Phone: 334.223.7280
FAX: 334.223.7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CR. NO. 2:06CR260-WKW |
| ) | |
| CHRISTOPHER ANTONIO WASHINGTON ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Richard (Cracker) Waldrop, Esq

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Kent B. Brunson
    KENT B. BRUNSON
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    Phone: 334.223.7280
    FAX: 334.223.7135
    E-mail: kent.brunson@usdoj.gov

# City of Montgomery, Alabama
## Department of Police

_Christopher Antonio Washington, B/M, 27 x A_
12th Grade Ed.
**NAME**

_MPD (Rm 210)_
**PLACE**

_11-9-2006_
**DATE**

_1420 hours_
**TIME**

_Firearm Investigation_
**CHARGE**

Before asking you any questions, I must explain to you that you can remain silent, that anything you say can be used against you in court, that you can talk to a lawyer first and that you have the right to the advice and presence of a lawyer even though you cannot afford to hire one. If you cannot afford to hire a lawyer and want to have one present during interrogation, the Court will appoint one before we question you. If you want to answer questions now, you can do so, but you can stop at any time.

_Cpl. R. H. Irwin, #004_
**OFFICER**

I fully understand the foregoing statement and do willingly agree to answer questions. I understand and know what I am doing. No promise or threats have been made to me by anyone and no pressure of any kind has been made against me by anyone.

_Christopher Washington_

WITNESSES:

11