| COURTROOM DEPUTY MINUTES | DATE: March 8, 2007 | FTR RECORDING: 9:08 - 9:19 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: RISA ENTREKIN | |

☐ ARRAIGNMENT  √ CHANGE OF PLEA  ☐ CONSENT PLEA

☐ RULE 44(c) HEARING  ☐ SENTENCING

PRESIDING MAG. JUDGE: CHARLES S. COODY  DEPUTY CLERK: WANDA STINSON
CASE NUMBER: 2:06-CR-260-WKW-CSC  DEFENDANT NAME: CHRISTOPHER A. WASHINGTON
AUSA: KENT BRUNSON  DEFENDANT ATTY: RICHARD WALDROP
Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO
USPTS/USPO: _____

Defendant _____ does __√__ does NOT need and interpreter. Name: _____

☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **FELONY INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**  ☐ Not Guilty  ☐ Nol Contendere  ☐ Not Guilty by reason of insanity

√ Guilty as to:  √ Count(s) __1__ of the **Indictment**

√ Count(s) __2__  ☐ dismissed on oral motion of USA;

√ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
☐ No Plea Agreement entered  √ Written plea agreement filed.  ☐ **ORDERED SEALED.**
√ **ORAL ORDER** Adjudicating defendant guilty.
☐ **ORDER:** Defendant Continued ☐ same Conditions/Bond imposed by Mag. Judge;
☐ Released on Bond & Conditions of Release for:
☐ Trial on _____;  ☐ Sentencing on _____;  ☐ to be set by Separate Order
√ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
☐ Trial on _____;  or √ Sentencing on _____  √ Set by separate Order.